**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**ORDER OF THE EXECUTIVE COMMITTEE**


IT APPEARING THAT case number 10 cv 7657 was electronically opened and assigned in error, therefore

IT IS HEREBY ORDERED  that the assignment of 10cv 7657 shall be  vacated  and that case number 10 cv 7657 shall not be used for any other proceeding.


**ENTER:**

**FOR THE EXECUTIVE COMMITTEE**

Chief Judge James F. Holderman


Dated at Chicago, Illinois  this 3rd  day of December, 2010.